UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT RADCLIFFE; et al., <br><br>    Plaintiffs - Appellants, <br><br>CHRISTY DRIVER; et al., <br><br>    Objectors - Appellants, <br><br> and <br><br>KATHRYN PIKE; et al., <br><br>    Plaintiffs, <br><br>WALTER ELLINGWOOD, NANCY SEGARRA; et al., <br><br>    Objectors, <br><br> v. <br><br>EXPERIAN INFORMATION SOLUTIONS INC.; et al., <br><br>    Defendants - Appellees. | No. 11-56376 <br><br> D.C. No. 8:05-cv-01070-DOC-MLG <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |
| MARIA L. BORBON, <br><br>    Objector - Appellant, | No. 11-56387 <br><br> D.C. No. 8:05-cv-01070-DOC-MLG |

| | |
|---|---|
| v.<br><br>JOSE HERNANDEZ; et al.,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; et al.,<br><br>    Defendants - Appellees. | U.S. District Court for Central California, Santa Ana |
| TERRI N. WHITE,<br><br>    Plaintiff<br>_____<br><br>JOSE HERNANDEZ; et al.,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; et al.,<br><br>    Defendants - Appellees,<br>v.<br><br>GLENDA W. SCHILLECI; THOMAS A. CARDER,<br><br>    Objectors - Appellants. | No. 11-56389<br><br>D.C. No. 8:05-cv-01070-DOC-MLG<br><br>U.S. District Court for Central California, Santa Ana |

| | |
|---|---|
| TERRI N. WHITE, | No. 11-56397 |
| Plaintiff | |
| ———————————— | D.C. No. 8:05-cv-01070-DOC-MLG |
| JOSE HERNANDEZ; et al., | U.S. District Court for Central California, Santa Ana |
| Plaintiffs - Appellees, | |
| and | |
| EXPERIAN INFORMATION SOLUTIONS INC.; et al., | |
| Defendants - Appellees, | |
| v. | |
| CHARLES JUNTIKKA, Esquire, | |
| Objector - Appellant. | |

| | |
|---|---|
| TERRI N. WHITE, | No. 11-56400 |
| Plaintiff | |
| ———————————— | D.C. No. 8:05-cv-01070-DOC-MLG |
| JOSE HERNANDEZ; et al., | U.S. District Court for Central California, Santa Ana |
| Plaintiffs - Appellees, | |
| and | |
| EXPERIAN INFORMATION SOLUTIONS INC.; et al., | |
| Defendants - Appellees, | |

|  |  |
|---|---|
| v.<br><br>STEVEN C. SIGNER,<br><br>      Objector - Appellant. |  |
| ROBERT RADCLIFFE; et al.,<br><br>      Plaintiffs - Appellees,<br><br>and<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>      Defendants - Appellees.<br><br>v.<br><br>WALTER ELLINGWOOD,<br><br>      Objector - Appellant. | No. 11-56440<br><br>D.C. No. 8:05-cv-01070-DOC-MLG<br>U.S. District Court for Central California, Santa Ana |
| TERRI N. WHITE,<br><br>      Plaintiff,<br>_____<br><br>ROBERT RADCLIFFE; et al.,<br><br>      Plaintiffs - Appellees,<br><br>and<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | No. 11-56482<br><br>D.C. No. 8:05-cv-01070-DOC-MLG<br>U.S. District Court for Central California, Santa Ana |

>          Defendants - Appellees,
>
> v.
>
> MARCIA GREEN; JIMMY GREEN,
>
>          Objectors - Appellants.

The judgment of this Court, entered April 22, 2013, amended May 2, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk
